UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JALEEL TRAYTWON MILLER, #361671, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>)<br>REGINALD KEITH GADSON, SCDC )<br>Correctional Officer, and NURSE )<br>SHAYLA L. EVANS, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 4:21-cv-0467-MBS-TER<br><br><br><br>**ORDER** |

Presently before the Court are Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 36) and Motion for Copies (ECF No. 40). All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02(B)(2)(d), DSC.

Plaintiff filed his Motion for Leave to File and Amended Complaint on June 21, 2021, but did not attach a proposed amended complaint to the motion. However, he subsequently submitted a proposed amended complaint to the court. Defendants do not oppose the motion. Rule 15(a)(2), Fed.R.Civ.P., provides that leave to amend a pleading should be given freely when justice so requires. Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 36) is **GRANTED**. The clerk's office is directed to file the proposed amended complaint submitted by Plaintiff. The Court notes that the effect of an Amended Complaint is that it supercedes the original Complaint and renders it of no effect. Fawzy v. Wauquiez Boats SNC, 873 F.3d. 451, 455 (4th Cir. 2017). Plaintiff also seeks a copy of the Amended Complaint. Plaintiff's Motion for Copies (ECF No. 40) is **GRANTED** as well.

**IT IS SO ORDERED.**

                                                s/Thomas E. Rogers, III
                                                Thomas E. Rogers, III
                                                United States Magistrate Judge

August 10, 2021
Florence, South Carolina